UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x    CASE NO. 13-MD-2434 (CS)
IN RE:
MIRENA IUD PRODUCTS LIABILITY            JUDGE CATHY SEIBEL
LITIGATION
                                                                      **NOTICE OF APPEARANCE**

**This Document Relates To:**

*Kelly, et al. v. Bayer Healthcare Pharmaceuticals, Inc.*, Case No. 7:14-cv-02889
----------------------------------------------------x

      Plaintiffs respectfully request that this Court take Notice that Lawrence L. Jones II, of the law firm of JONES WARD PLC, located at 312 S. Fourth St., 6th Floor, Louisville, Kentucky 40202 has entered his appearance as additional counsel of record for the above-referenced Plaintiffs. All future correspondence and ECF Filings in connection with this case should be served on Mr. Jones, who has been granted *pro hac vice* admission in the Mirena Litigation.

      Respectfully submitted, this 28th day of April, 2014.

                                                         */s/ Lawrence L. Jones II*
                                                         Lawrence L. Jones II (KY#88459)
                                                         **JONES WARD PLC**
                                                          312 S. Fourth Street, 6th Floor
                                                          Louisville, Kentucky  40202
                                                          T: (502) 882-6000
                                                          F: (502) 587-2007
                                                          larry@jonesward.com

                                                          *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2014 a true and correct copy of the foregoing document was filed electronically. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                      */s/ Lawrence L. Jones II*
                                      Lawrence L. Jones II (KY#88459)